IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE HOMICK,<br><br>   Plaintiff,<br><br>   vs.<br><br>W.A. DUNCAN, et al.,<br><br>   Defendant(s). | No. C 06-05464 JW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket No. 6) |

On July 31, 2007, the complaint in this case was dismissed for failure to present a cognizable claim for relief. Plaintiff was granted 30 days to file an amended complaint. He has failed to do so. This case is accordingly DISMISSED with prejudice. See WMX Technologies v. Miller, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). In light of this dismissal, and the absence of extraordinary circumstances, plaintiff's request for appointment of counsel is DENIED.

The Clerk shall close the file and terminate Docket No. 6.

DATED: November 14, 2007

JAMES WARE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.06\Homick05464_dismissal-fta.wpd